IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| PATRICIA FAULISE, DEC., by and through Personal Representative, JOE FAULISE, husband, <br><br> Plaintiffs, <br><br> v. <br><br> SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, <br><br> Defendants. | Case No. 5:05 CV 200 - K |

## ORDER

THIS MATTER is before the Court on the Motion by Defendant Smithkline Beecham Corporation d/b/a Glaxosmithkline seeking the admission *Pro Hac Vice* of Steven M. Thomas, Esq.,

Upon careful review and consideration, this Court will grant the Motion.

Signed: May 22, 2006

David C. Keesler
United States Magistrate Judge