# United States District Court
# For The Western District of North Carolina
# Statesville Division

PATRICIA FAULISE, DECEASED,
BY AND THROUGH PERSONAL
REPRESENTATIVE, JOE FAULISE,
HUSBAND,

      Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　CASE NO. 5:05CV200

SMITHKLINE BEECHAM CORPORATION
DBA GLAXOSMITHKLINE,

      Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 2, 2006, Order.

      Signed: August 3, 2006

Frank G. Johns, Clerk
United States District Court